United States District Court
For the Northern District of California

1
2
3
4
5                       IN THE UNITED STATES DISTRICT COURT
6
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
9  KENNETH R. WHITE,                              No. C 09-0067 WHA (PR)
10              Plaintiff,                        **ORDER OF TRANSFER**
11     v.
12 N. GRANNIS, Chief, Inmate Appeals
   Branch; Correctional Officer S.
13 KNIGHT; R. HALL, Appeal
   Coordinator; and KEN CLARK,
14 Warden,
15              Defendants.
                                          /
16
17        This is a civil rights case brought pro se by a state prisoner. The acts complained of
18 occurred at the Corcoran Substance Abuse Treatment Facility, which is in the venue of the
19 United States District Court for the Eastern District of California. Defendants, who are
20 Department of Corrections and Rehabilitation employees, appear to reside there as well.
21 Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).
22        This case is **TRANSFERRED** to the United States District Court for the Easter District of
23 California. *See* 28 U.S.C. § 1406(a). In view of the transfer, plaintiff's request for leave to
24 proceed in forma pauperis will not be ruled upon.
25        **IT IS SO ORDERED.**
26 Dated: January   13  , 2009.
                                                  WILLIAM ALSUP
27                                                UNITED STATES DISTRICT JUDGE
   G:\PRO-SE\WHA\CR.09\WHITE0067.TRN.wpd
28